MR. STAFFORD: No objection.

THE COURT: State's one FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS 3/19/2015 3:50:37 PM CHRISTOPHER A. PRINE Clerk Counsel, does your client understand the nature of and consequences of his plea?

MR. STAFFORD: He does, Your Honor.

THE COURT: Very good. I will accept the pleas of guilty in each case, Mr. Hayes and I do find you are competent to stand trial and it appears in each case the recommendation by the State of Texas is for 30 years confinement in the Texas Department of Criminal Justice Institutional Division. And each of those cases are to run currently with the other two. Is that your understanding?

THE DEFENDANT: Yes, ma'am.

THE COURT: So all three are to run together?

THE DEFENDANT: Yes.

THE COURT: Is that your understanding, Mr. Stafford?

MR. STAFFORD: Yes and run current with the previous case that's on appeal.

THE COURT: Okay.

MR. STAFFORD: We're going to waive our right to appeal on that as well.

THE COURT: Do you have that Cause

number as well?

MS. FALK: 1356324.

THE COURT: 1356324. Okay. So, the agreement is that these are to run currently in Cause No. 1356324 as well as one another. Because the other case number is not written on here; is that your understanding?

MR. STAFFORD: Yes, ma'am.

THE COURT: I will follow that recommendation. The Court finds the evidence substantiates your plea in Cause No. 1430701, on plea of guilty and the evidence submitted I'm going to find you guilty of the offense of aggravated robbery with a deadly weapon. And I will assess punishment pursuant to the plea bargain of 30 years confinement in the Texas Department of Criminal Justice Institutional Division.

In Cause No. 1430702, I find the evidence substantiates your plea on plea of guilty and find you guilty of the offense of aggravated robbery with a deadly weapon and assess your punishment at 30 years confinement in the Texas Department of Criminal Justice Institutional Division, no fine.

And in Cause No. 1430703, I find the

evidence substantiates your plea and on your plea of guilty I am going to find the offense of aggravated robbery in that case and assess punishment at confinement in the Institutional Division of the Texas Department of Criminal Justice for 30 years and no fine on that case. And each of these cases I am going to run them currently with one another. So, in other words, for the record, 1430701, 1430702, 1430703, and 1356324 will all run currently. No fine assessed. I will give you all the time you spent confined in connection with each of these cases. I will give you credit for that back time. All right.

Sir, do you have any legal reason why you should not be sentence at this time?

*THE DEFENDANT:* No.

*THE COURT:* Then you are remanded to the custody of Sheriff's Office to be delivered by him to the director of the Institutional Division of the Texas Department of Criminal Justice to carry out your sentence. Good luck to you, Mr. Hayes, you may go with the bailiff.